UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARAT ABDIEV, <br><br>                          Plaintiff(s), <br><br>           v. <br><br> MERRICK B. GARLAND, <br><br>                          Defendant(s). | 23-CV-8091 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

An order issued on October 12, 2023 (Dkt. No. 23), directed Plaintiff to file a memorandum of law in support of their request for a writ of mandamus no later than November 10, 2023.  No such memorandum was filed.

It is hereby **ORDERED** that Plaintiff shall file the required memorandum of law as soon as possible and no later than **November 17, 2023.**  The Government shall, by **December 12, 2023**, file a memorandum of law in opposition to the request for a writ of mandamus.  Plaintiff shall, by **December 22, 2023**, file any reply memorandum that shall not exceed eight pages.

SO ORDERED.

Dated: November 14, 2023
       New York, New York

_____
DALE E. HO
United States District Judge