**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARAT ABDIEV,

                Plaintiff,

  -against-                           23 **CIVIL** 8091 (DH)

**JUDGMENT**

MERRICK GARLAND, et al.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 8, 2024, defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

     August 9, 2024

                                                 **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                                    By,
                                                  **Deputy Clerk**